IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES A. MIZE                                                                                          PLAINTIFF

V.                          Case No. 3:04CV00329 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                        DEFENDANT

## JUDGMENT

It is Considered, Ordered, and Adjudged that judgment be entered for the plaintiff, reversing the decision of the Commissioner and remanding the case to the Commissioner for further proceedings. This is a sentence-four remand.

Dated this 8th day of March, 2006.

                                                            /s/ John F. Forster, Jr.
                                        UNITED STATES MAGISTRATE JUDGE