IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES A. MIZE                                                                                         PLAINTIFF

v.                                      3:04CV00329  JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                                                DEFENDANT

## ORDER

Plaintiff has filed a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The Court finds that Plaintiff's attorney is entitled to an attorney's fee in the amount of $2,875.00 and expenses in the amount of $76.21. The Defendant should certify said award and pay the Plaintiff's attorney these amounts.

IT IS SO ORDERED this 12th day of May, 2006.

_____
UNITED STATES MAGISTRATE JUDGE